UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED

JUL 0 3 2006

CLERK, U.S. DISTRICT
ANCHORAGE, ALASKA

TERRY L. SMITH,

    Plaintiff - Appellant,

v.

CSK AUTO INC; et al.,

    Defendants - Appellees.

No. 04-35699
D.C. No. CV-04-00012-RRB

**JUDGMENT**

    Appeal from the United States District Court for the District of Alaska (Fairbanks).

    This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Fairbanks) and was duly submitted.

    On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**. Costs taxed.

Filed and entered Tuesday, April 18, 2006

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 2 3 2006

by: Deputy Clerk