RECEIVED

FILED

JUL 0 3 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**Form 10.  Bill of Costs**

**United States Court of Appeals for the Ninth Circuit**

## BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1.  A late bill of costs must be accompanied by a motion showing good cause.  Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

Terry Smith _____ v. CSK Auto, Inc., et al. _____    CA No.  04-35699 _____

The Clerk is requested to tax the following costs against: _Terry Smith_____

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | 7 | 90 | $.10 | $63.00 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 20 | 32 | $.10 | $64.00 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| | | | TOTAL | $ 127.00 | | | TOTAL | $ |

**Form 10. Bill of Costs - *Continued***

**Other:**   Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1.   Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less.   Circuit Rule 39-1.

---

I, <u>Eric Jenkins</u>, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: _____

Date: __5/2/06__

Name of Counsel (printed or typed): <u>Eric J. Jenkins</u>

Attorney for: <u>Appellee, CSK Auto, Inc.</u>

---

Date: __6-22-06__   Costs are taxed in the amount of $ __127.00__

Clerk of Court

By: _____ Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Bill of Costs has been served by U.S. Mail, postage paid, on the 2nd of May, 2006 to the following:

Terry L. Smith
PO Box 60882
Fairbanks, Alaska 99706

In addition, I have caused two copies of the within Bill of Costs to be filed via courier service to the Clerk of Court at:

United States Court of Appeals, Ninth Circuit
Office of the Clerk
95 7th Street
San Francisco, California 94103

Shirl New Pagano