August 23, 2006

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**District Court/Agency:** **USDC Alaska (Fairbanks)**

**Lower Court Number:** CV-04-00012-RRB

**Appeal Number:** 04-35699

**Short Title:** Smith v. CSK AUTO INC

|  | Volumes |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 2 |  |  | 0 | **Certified Copy(ies)** |  |  |
| **Reporters Transcripts in:** | 0 |  |  |  |  |  |  |
| **Bulky Documents in:** | 0 | **Envelopes** | 0 | **Expandos** | 0 | **Folders** | 0 | **Boxes** |
|  | 0 | **Other** |  |  |  |  |  |
| **State Lodged Docs in:** | 0 | **Envelopes** | 0 | **Expandos** | 0 | **Folders** | 0 | **Boxes** |
|  | 0 | **Other** |  |  |  |  |  |
| **Other:** |  |  |  |  |  |  |  |

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.